IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re:                            Case No:      15-71746-JHH13

Mechelle Carthage
SSN:    xxx-xx-8062

       Debtor

> **RULE 3015 NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING**
>
> **This order modifies the terms of the debtor(s)' confirmed chapter 13 plan (the "Plan Modification").** If you object to the Plan Modification, you must file an objection with the clerk of court (an "Objection") by **January 4, 2017** (the "Objection Deadline"), and you must serve the Objection on all appropriate persons. **The chapter 13 trustee has reserved the right to object to the Plan Modification but may elect not to file an Objection.** Objections must be filed with the clerk of court electronically, by hand delivery, or by mail. The clerk's office is located at 2005 University Boulevard, Room 2300, Tuscaloosa, Alabama 35401. If you mail your Objection to the clerk's office, you must send the Objection in time for the clerk's office to **receive** your Objection by the Objection Deadline. **The Court will not consider untimely Objections.** If you timely file and serve an Objection, the court will hold a hearing to consider the Plan Modification and your Objection, and the clerk's office will notify you, and all other appropriate persons, of the time, date, and place of the hearing. If no interested party timely files and serves an Objection, the Plan Modification will become effective on January 5, 2017 (the "Effective Date"), without further notice or hearing.

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
FILED BY BAYVIEW LOAN SERVICING, LLC**

       This matter coming before the Court on the Motion for Relief from Automatic Stay filed by BAYVIEW LOAN SERVICING, LLC (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Creditor may file a claim for post-petition arrearage through November 2016 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay.
   | | |
   |---|---|
   | 6 payments @ $633.41 for 01/16 to 06/16: | $3,800.46 |
   | 5 payments @ $778.98 for 07/16 to 11/16: | $3,894.90 |
   | Attorney Fees and Costs for MFR: | $1,026.00 |
   | Total: | $8,721.36 |

2. The Creditor is awarded a fixed monthly payment of $189.60. And the Debtor's plan payments are increased to $321.00 semi-monthly.

3. The Motion for Relief from Stay filed by BAYVIEW LOAN SERVICING, LLC is hereby conditionally denied. However, should the Debtor default under the mortgage

Version 1.2

agreement between the parties beginning December 2016, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default, accruing December 2016 forward, is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further Order from the Court. Further, the Creditor is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this Order.

4. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

Done this the 12th day of December, 2016.

/s/ JENNIFER H. HENDERSON
UNITED STATES BANKRUPTCY JUDGE

This document was prepared by:
Enslen Crowe, Esquire
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013

AGREED TO AND APPROVED:

/s/ Enslen Crowe
ENSLEN CROWE
Attorney for Creditor
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013

/s/ Marshall Entelisano
MARSHALL ENTELISANO
Attorney for Debtor
701 22nd Avenue
Suite 2
Tuscaloosa, AL 35401
Telephone: (205) 752-1202

Version 1.2