## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORHTERN DISTRICT OF ALABAMA (Tuscaloosa)

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 15-71746-JHH13** |
| **MECHELLE CARTHAGE** | ) | |
| **aka Mechelle Lynett Carthage-Brown** | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF DEFAULT PURSUANT TO ORDER OF THIS COURT
## DATED DECEMBER 12, 2016

COMES NOW Shellpoint Mortgage Servicing, a division of New Penn Financial, servicing agent for 1900 Capital Trust I, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee (hereinafter "Shellpoint"), and represents to this Court that the Debtor in the above styled case have failed to make the post-petition payments due to Shellpoint for the months of May through July, 2018 in the amount of $2,315.85.

> **THE AUTOMATIC STAY IMPOSED BY § 362(a) OF THE BANKRUPTCY CODE SHALL TERMINATE PURSUANT TO THE ORDER ISSUED BY JUDGE JENNIFER H. HENDERSON IN CASE NUMBER 15-71746-JHH13 WITHOUT FURTHER HEARING IF THE DEBTORS FAIL TO CURE THE DEFAULT SPECIFIED ABOVE WITHIN TWENTY (20) DAYS FROM THE FILING DATE OF THIS CERTIFICATE.**

Paul J. Spina, III
Attorney for Shellpoint Mortgage Servicing, a division of New Penn Financial, servicing agent for 1900 Capital Trust I, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee

**OF COUNSEL:**
**SPINA & LAVELLE, P.C.**
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Default upon the following via U.S. mail, postage pre-paid, on this the ⟋⟋ᵗʰ day of **July, 2018.**

OF COUNSEL

MARSHALL ENTELISANO
701 22ND AVENUE
SUITE 2
TUSCALOOSA, AL 35401

C DAVID COTTINGHAM
CHAPTER 13 STANDING TRUSTEE
701 22ND AVENUE, SUITE 4
P O DRAWER 020588
TUSCALOOSA, AL 35402-0588

MECHELLE CARTHAGE
AKA MECHELLE LYNETT CARTHAGE-BROWN
4625 RIVER OAK DR.
NORTHPORT, AL 35473

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 12/1/2016 | 1/20/2017 | $ 778.98 | $ 778.98 | $ - | $ - |
| 1/1/2017 | 3/2/2017 | $ 778.98 | $ 778.98 | $ - | $ - |
| 2/1/2017 | 3/27/2017 | $ 778.98 | $ 778.98 | $ - | $ - |
| 3/1/2017 | 4/28/2017 | $ 795.48 | $ 778.98 | $ 16.50 | $ 16.50 |
| 4/1/2017 | 5/30/2017 | $ 798.41 | $ 778.98 | $ 19.43 | $ 35.93 |
| 5/1/2017 | 7/3/2017 | $ 798.41 | $ 778.98 | $ 19.43 | $ 55.36 |
| 6/1/2017 | 7/17/2017 | $ 798.41 | $ 778.98 | $ 19.43 | $ 74.79 |
| 7/1/2017 | 8/29/2017 | $ 798.41 | $ 795.48 | $ 2.93 | $ 77.72 |
| 8/1/2017 | 9/25/2017 | $ 798.41 | $ 795.48 | $ 2.93 | $ 80.65 |
| 9/1/2017 | 10/30/2017 | $ 798.41 | $ 795.48 | $ 2.93 | $ 83.58 |
| 10/1/2017 | 11/27/2017 | $ 798.41 | $ 795.48 | $ 2.93 | $ 86.51 |
| 11/1/2017 | 12/12/2017 | $ 798.41 | $ 795.48 | $ 2.93 | $ 89.44 |
| 12/1/2017 | 1/30/2018 | $ 798.41 | $ 795.48 | $ 2.93 | $ 92.37 |
| 1/1/2018 | 2/21/2018 | $ 800.00 | $ 795.48 | $ 4.52 | $ 96.89 |
| 2/1/2018 | 3/21/2018 | $ 800.00 | $ 795.48 | $ 4.52 | $ 101.41 |
| 3/1/2018 | 3/26/2018 | $ 799.00 | $ 795.48 | $ 3.52 | $ 104.93 |
| 4/1/2018 | 5/9/2018 | $ 798.41 | $ 795.48 | $ 2.93 | $ 107.86 |
| | | | $ 795.48 | $ (795.48) | $ (687.62) |
| 6/1/2018 | | | $ 795.48 | $ (795.48) | $ (1,483.10) |
| 7/1/2018 | | | $ 832.75 | $ (832.75) | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |
| | | | | $ - | $ (2,315.85) |

| Loan Number | xxxxx6357 |
|---|---|
| Debtor | Carthage |
| BK filed date | 2/10/2018 |
| BK Case # | 15-71746 |
| Loan Acquired | 3/9/2018 |
| Post Next Due | 5/1/2018 |
| Suspense | $ 107.86 |

| Due Date | Due Amount | # Months | Total Due | |
|---|---|---|---|---|
| 5/1/18-6/1/18 | $795.48 | 2 | $ | 1,590.96 |
| 7/1/2018 | $832.75 | 1 | $ | 832.75 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | Subtotal | $ | 2,423.71 |
| | | Less Unapplied | $ | 107.86 |
| | | Total to bring current | $ | 2,315.85 |

```
$    2,423.71
$   (2,315.85)
$      107.86   unapplied
```

Payment Address:
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

Overnight Payment Address:
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601